Lawrence H. Meuers (SBN 197663)
Meuers Law Firm, P.L.
5395 Park Central Court
Naples, FL 34109-5932
Telephone:  239.513.9191
Facsimile: 239.513.9677
lmeuers@meuerslawfirm.com

Attorneys for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| GIUMARRA BROS. FRUIT CO., INC., a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>ROSEDEM, INC., a California corporation doing business as THE STARVING GREEK PRODUCE, formerly known as JIMMY THE GREEK PRODUCE; DEMETRIOS POTHOS, an individual; and ROSEMARY POTHOS, an individual,<br><br>    Defendants. | Case No.: 5:15-cv-02261-JGB-SP<br><br>**JUDGMENT** |

This Court is presented with the Stipulation for Judgment submitted by Plaintiff, Giumarra Bros. Fruit Co., Inc. and Defendants, Rosedem, Inc., d/b/a The Starving Greek Produce, f/k/a Jimmy the Greek Produce ("Rosedem, Inc."), Demetrios Pothos, and Rosemary Pothos.  The Court having reviewed the Stipulation and being otherwise fully advised in the premises,

**IT IS ORDERED**:

A. Giumarra Bros. Fruit Co., Inc., with its principal place of business located at 1601 E. Olympic Blvd., Bldg 400, Ste 408, Los Angeles, CA 90086-1449, is a perfected trust beneficiary of Rosedem, Inc., with its principal place of business located at 14079 San Segundo Dr., Rancho Cucamonga, CA 91739, under Section 5(c) of the Perishable Agricultural Commodities Act of 1930, as amended, 7 U.S.C. §499e(c) ("PACA"), in the amount of $58,752.14, plus post-judgment interest pursuant to 28 U.S.C. §1961 from the date of entry of judgment until paid in full.

B. Judgment is entered in favor of Plaintiff, Giumarra Bros. Fruit Co., Inc. and against Defendants, Rosedem, Inc., Demetrios Pothos, and Rosemary Pothos (both of whom reside at 14079 San Segundo Dr., Rancho Cucamonga, CA 91739) – jointly and severally – in the amount of $58,752.14, plus post-judgment interest pursuant to 28 U.S.C. §1961 from the date of entry of judgment until paid in full, for which let execution issue.

IT IS SO ORDERED, this 16th day of February, 2016.

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT COURT

Copies furnished to: All counsel and parties in interest